CHRISTOPHER J. KENNY et al., Respondents, *v.* HUGH V. MONAHAN, Appellant.

*Kenny* v. *Monahan,* 53 App. Div. 421, affirmed.
(Submitted December 18, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 19, 1900, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Edward M. Grout* for appellant.

*Moses J. Harris* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

GEORGE E. MORE, Respondent, *v.* EDWARD M. KNOX, Appellant.

*More* v. *Knox,* 52 App. Div. 145, affirmed.
(Argued December 18, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Adelbert Moot* and *Theron L. Carman* for appellant.

*Adolph Rebadow* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.